UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                      Plaintiff,

                                                                             <u>DECISION AND ORDER</u>

                                                                                05-CR-6129L

                     v.

MARK CAMARATA,

                                      Defendant.
_____

      The Court has received the presentence report and a schedule has been set up for sentencing filings. One of the issues the Court faces is that of restitution. The statute provides that the defendant will provide an affidavit relative to his financial assets and income.

      Therefore, defendant is to comply fully with provisions of 18 U.S.C. § 3664(d)(3) and provide the requisite financial affidavit, on or before June 5, 2009.

      IT IS SO ORDERED.

                                                          _____
                                                                DAVID G. LARIMER
                                                           United States District Judge

Dated: Rochester, New York
         May 19, 2009.